COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Reliable Business Resources, LLC d/b/a RBR Machine, RLB
Properties, Ltd. Green Lake Equities, LLC, Robert Kattula, Andrew
Kattula, and Custom Spring Manufacturing, LLC v. Rodger Brogdon
and Cheryl Brogdon

Appellate case number:    01-20-00831-CV

Trial court case number:  2020-03178

Trial court:              190th District Court of Harris County

On December 17, 2020, appellants filed a motion for temporary relief, seeking a stay of the trial court's November 24, 2020 order that increased the temporary injunction bond. The Court granted the motion by order issued December 18, 2020, pending receipt and review of appellees' response to the motion. Appellees filed their response on December 30, 2020, and appellants filed a reply to the response on January 4, 2021.

After reviewing the motion, response, and reply, the Court has determined that appellants have not established their entitlement to temporary relief. *See* TEX. R. APP. P. 29.3.

Accordingly, the Court **withdraws** its order of December 18, 2020 to the extent the order grants appellants' motion for temporary relief, **withdraws** its ruling granting appellants' motion, and now **denies** the motion.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court


Date:  __January 7, 2021___